AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

                V.

Luis Deleon, indv. and d/b/a Jalapeno's Mexican Cuisine and Jalapeno's Mexican Cuisine

CASE NUMBER: 08CV2575

ASSIGNED JUDGE: JUDGE LEINENWEBER

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Luis Deleon
7 Clock Tower Plaza
Elgin, Illinois 60120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*[signature]*
(By) DEPUTY CLERK

May 6, 2008
Date

08 CV 2575

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/15/08 | |
| NAME OF SERVER (PRINT) Laura Pohl | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  LUIS DELEON
                    SEE MEMO

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/15/08          *Laura Pohl*
             Date              Signature of Server

             4647 W. 103rd St., Oak Lawn, IL 60453
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.