AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Alias

SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER: 08 C 2575

V.

ASSIGNED JUDGE: Leinenweber

LUIS DELEON, indv. and d/b/a JALAPENO'S MEXICAN CUISINE and JALAPENO'S MEXICAN CUISINE

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

JALAPENO'S MEXICAN CUISINE
c/o Luis Deleon
919 Aaron Avenue
South Elgin, IL 60177

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Shirley* (signature)

(By) DEPUTY CLERK

August 7, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action   08 CV 2575

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 8/26/08 |
| NAME OF SERVER (PRINT) John Rafferty | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Jalepeno's Mexican Cuisine c/o Christina Deleon 919 Aaron Ave. South Elgin, IL 60177

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  8/26/08
            Date

Signature of Server  /s/ J. Rafferty

Address of Server   c/o Metro Service Inc.  4647 W 103rd St
                                            Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.